UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                              Case No. 6:23-CR-00188-RBD-RMN

**JUN WANG,**

    **Defendant.**

_____ /

## MOTION FOR RELEASE

Defendant Jun Wang, through her undersigned attorney, respectfully moves this Court to release Ms. Wang pursuant to the Bail Reform Act and the Fifth Amendment's Due Process Clause. In support, Ms. Wang states the following:

**I.**    **FACTS**

Ms. Wang was arrested on September 7, 2023 and appeared before the Honorable Robert M. Norway, United States Magistrate Judge, for her initial appearance on September 8, 2023. At that time, Ms. Wang reserved her right to have a detention hearing.  Doc. 4.

Through witness testimony Ms. Wang will prove the following facts for this Court's bail consideration: she has no prior criminal history; she does not

have any history relating to drug or alcohol abuse; and she has a place to live in California with a suitable third-party custodian.

## II. LEGAL ARGUMENT

In ruling the Bail Reform Act constitutional, the U.S. Supreme Court found that, "In our society liberty is the norm, and detention prior to trial or without trial is the carefully limited exception." *United States v. Salerno*, 481 U.S. 739, 755 (1987). Although the defense bears no burden of proof, Ms. Wang will present testimony of Zhen Cui who is like a brother to Ms. Wang and is her co-defendant's boyfriend. He is employed and lives in California. He is willing to serve as a third-party custodian and allow both Ms. Wang and Ms. Yu to live with him during the pendency of this case. He is also willing to provide financial support for them to travel back to the Middle District of Florida.

In addition, the AO statistics show that almost everyone who is released pending trial comes to court as required. In fiscal year 2022, 60,174 federal defendants were released districtwide. *See* Exhibit A. Of those, 767 failed to appear, which is 1.27%. *Id.* In the 11th Circuit, 4,965 federal defendants were released. *Id.* Of those, 33 failed to appear, which is .66%. *Id.* In the Middle District of Florida, 858 federal defendants were released. *Id.* Of those, zero failed to appear. *Id.*

### III.  LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned attorney certifies that she conferred with Assistant United States Attorney Michael Sartoian and he currently opposes Ms. Wang's release. Should his position on detention change (once he's had a chance to vet Mr. Cui and speak to a supervisor), Mr. Sartoian will advise undersigned counsel and undersigned counsel will advise the Court's chambers.

WHEREFORE, Defendant Jun Wang moves this Court to schedule a detention hearing and release her on conditions.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to Assistant United States Attorney Michael Sartoian, on this the 28th day of September 2023.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*s/Karla M. Reyes*
Karla M. Reyes
Assistant Federal Defender
Florida Bar No.0072652
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: karla_reyes@fd.org