**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2022**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations - Felony | Rearrest Violations - Misdemeanor | Rearrest Violations - Other | FTA Violations | Technical Violations | Reports to Court |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| TOTAL | 179,370 | 60,174 | 33.5 | 10,364 | 17.2 | 571 | 628 | 76 | 767 | 9,504 | 16,682 |
| 1ST | 6,572 | 2,609 | 39.7 | 336 | 12.9 | 22 | 26 | 0 | 16 | 301 | 506 |
| ME | 527 | 272 | 51.6 | 60 | 22.1 | 1 | 8 | 0 | 2 | 53 | 122 |
| MA | 1,754 | 875 | 49.9 | 110 | 12.6 | 15 | 9 | 0 | 9 | 91 | 152 |
| NH | 529 | 260 | 49.1 | 52 | 20.0 | 2 | 6 | 0 | 1 | 47 | 66 |
| RI | 503 | 226 | 44.9 | 43 | 19.0 | 4 | 2 | 0 | 2 | 41 | 69 |
| PR | 3,259 | 976 | 29.9 | 71 | 7.3 | 0 | 1 | 0 | 2 | 69 | 97 |
| 2ND | 11,710 | 5,585 | 47.7 | 835 | 15.0 | 57 | 80 | 11 | 103 | 714 | 1,335 |
| CT | 1,200 | 570 | 47.5 | 121 | 21.2 | 8 | 14 | 3 | 9 | 99 | 189 |
| NY,N | 1,106 | 410 | 37.1 | 61 | 14.9 | 2 | 1 | 0 | 36 | 57 | 107 |
| NY,E | 3,559 | 1,792 | 50.4 | 288 | 16.1 | 18 | 24 | 2 | 11 | 264 | 494 |
| NY,S | 4,067 | 1,948 | 47.9 | 185 | 9.5 | 17 | 34 | 6 | 34 | 136 | 258 |
| NY,W | 1,397 | 714 | 51.1 | 136 | 19.0 | 9 | 5 | 0 | 13 | 117 | 204 |
| VT | 381 | 151 | 39.6 | 44 | 29.1 | 3 | 2 | 0 | 0 | 41 | 83 |
| 3RD | 9,882 | 4,475 | 45.3 | 678 | 15.2 | 94 | 71 | 10 | 20 | 624 | 1,199 |
| DE | 280 | 76 | 27.1 | 4 | 5.3 | 0 | 1 | 0 | 0 | 2 | 4 |
| NJ | 3,829 | 1,985 | 51.8 | 197 | 9.9 | 45 | 22 | 0 | 7 | 189 | 270 |
| PA,E | 1,874 | 705 | 37.6 | 107 | 15.2 | 5 | 1 | 1 | 4 | 106 | 243 |
| PA,M | 1,572 | 539 | 34.3 | 86 | 16.0 | 9 | 10 | 6 | 4 | 69 | 111 |
| PA,W | 2,062 | 1,039 | 50.4 | 279 | 26.9 | 34 | 35 | 3 | 4 | 255 | 565 |
| VI | 265 | 131 | 49.4 | 5 | 3.8 | 1 | 2 | 0 | 1 | 3 | 6 |
| 4TH | 11,276 | 4,298 | 38.1 | 772 | 18.0 | 34 | 63 | 6 | 46 | 690 | 1,150 |
| MD | 1,596 | 753 | 47.2 | 110 | 14.6 | 0 | 0 | 0 | 6 | 110 | 170 |
| NC,E | 2,069 | 692 | 33.4 | 135 | 19.5 | 9 | 30 | 4 | 1 | 104 | 180 |
| NC,M | 738 | 197 | 26.7 | 47 | 23.9 | 1 | 3 | 1 | 5 | 43 | 67 |
| NC,W | 1,205 | 284 | 23.6 | 44 | 15.5 | 4 | 2 | 1 | 5 | 34 | 50 |
| SC | 1,822 | 719 | 39.5 | 95 | 13.2 | 7 | 9 | 0 | 14 | 78 | 138 |
| VA,E | 1,795 | 761 | 42.4 | 75 | 9.9 | 8 | 10 | 0 | 4 | 64 | 97 |
| VA,W | 665 | 252 | 37.9 | 41 | 16.3 | 2 | 3 | 0 | 9 | 40 | 51 |
| WV,N | 788 | 413 | 52.4 | 150 | 36.3 | 2 | 6 | 0 | 2 | 145 | 265 |
| WV,S | 598 | 227 | 38.0 | 75 | 33.0 | 1 | 0 | 0 | 0 | 72 | 132 |
| 5TH | 38,995 | 8,430 | 21.6 | 1,233 | 14.6 | 76 | 62 | 6 | 142 | 1,138 | 1,487 |
| LA,E | 979 | 397 | 40.6 | 29 | 7.3 | 1 | 2 | 0 | 8 | 23 | 31 |
| LA,M | 314 | 124 | 39.5 | 16 | 12.9 | 0 | 1 | 0 | 1 | 16 | 22 |
| LA,W | 833 | 223 | 26.8 | 11 | 4.9 | 0 | 0 | 0 | 2 | 11 | 15 |
| MS,N | 414 | 176 | 42.5 | 27 | 15.3 | 0 | 4 | 0 | 0 | 24 | 49 |
| MS,S | 924 | 272 | 29.4 | 7 | 2.6 | 0 | 0 | 0 | 2 | 5 | 8 |
| TX,N | 2,877 | 797 | 27.7 | 126 | 15.8 | 8 | 11 | 2 | 7 | 104 | 155 |
| TX,E | 2,880 | 726 | 25.2 | 72 | 9.9 | 3 | 2 | 0 | 4 | 68 | 86 |
| TX,S | 15,848 | 3,033 | 19.1 | 367 | 12.1 | 24 | 11 | 0 | 68 | 333 | 431 |
| TX,W | 13,926 | 2,682 | 19.3 | 578 | 21.6 | 40 | 31 | 4 | 50 | 554 | 690 |

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2022**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations - Felony | Rearrest Violations - Misdemeanor | Rearrest Violations - Other | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6TH  | 13,256 | 5,267 | 39.7 | 912 | 17.3 | 48 | 55 | 2 | 62 | 855 | 1,627 |
| KY,E | 1,082 | 305 | 28.2 | 22 | 7.2 | 0 | 1 | 0 | 1 | 21 | 25 |
| KY,W | 849 | 333 | 39.2 | 57 | 17.1 | 2 | 6 | 0 | 2 | 52 | 91 |
| MI,E | 2,483 | 1,292 | 52.0 | 296 | 22.9 | 16 | 6 | 0 | 10 | 288 | 598 |
| MI,W | 552 | 198 | 35.9 | 37 | 18.7 | 3 | 0 | 0 | 2 | 35 | 53 |
| OH,N | 2,346 | 1,028 | 43.8 | 75 | 7.3 | 3 | 5 | 0 | 36 | 64 | 100 |
| OH,S | 1,863 | 936 | 50.2 | 184 | 19.7 | 0 | 0 | 0 | 2 | 177 | 337 |
| TN,E | 1,748 | 346 | 19.8 | 30 | 8.7 | 3 | 5 | 0 | 1 | 28 | 32 |
| TN,M | 1,025 | 367 | 35.8 | 77 | 21.0 | 10 | 19 | 0 | 1 | 68 | 133 |
| TN,W | 1,308 | 462 | 35.3 | 134 | 29.0 | 11 | 13 | 2 | 7 | 122 | 258 |
| 7TH  | 7,927 | 3,161 | 39.9 | 659 | 20.8 | 34 | 36 | 10 | 41 | 601 | 1,278 |
| IL,N | 2,977 | 1,433 | 48.1 | 291 | 20.3 | 16 | 19 | 3 | 14 | 264 | 646 |
| IL,C | 811 | 215 | 26.5 | 37 | 17.2 | 1 | 1 | 0 | 12 | 34 | 60 |
| IL,S | 678 | 274 | 40.4 | 79 | 28.8 | 4 | 4 | 2 | 0 | 75 | 143 |
| IN,N | 888 | 300 | 33.8 | 39 | 13.0 | 2 | 7 | 0 | 7 | 28 | 52 |
| IN,S | 1,350 | 430 | 31.9 | 84 | 19.5 | 1 | 0 | 0 | 5 | 83 | 137 |
| WI,E | 889 | 417 | 46.9 | 105 | 25.2 | 10 | 5 | 5 | 1 | 93 | 207 |
| WI,W | 334 | 92 | 27.5 | 24 | 26.1 | 0 | 0 | 0 | 2 | 24 | 33 |
| 8TH  | 14,275 | 4,685 | 32.8 | 1,308 | 27.9 | 89 | 95 | 21 | 67 | 1,212 | 2,712 |
| AR,E | 1,951 | 825 | 42.3 | 278 | 33.7 | 19 | 20 | 3 | 27 | 252 | 528 |
| AR,W | 609 | 150 | 24.6 | 11 | 7.3 | 2 | 0 | 0 | 1 | 8 | 15 |
| IA,N | 709 | 183 | 25.8 | 55 | 30.1 | 0 | 5 | 2 | 3 | 51 | 77 |
| IA,S | 1,085 | 222 | 20.5 | 64 | 28.8 | 1 | 4 | 3 | 2 | 61 | 98 |
| MN   | 1,007 | 411 | 40.8 | 69 | 16.8 | 10 | 8 | 0 | 5 | 57 | 90 |
| MO,E | 3,072 | 895 | 29.1 | 413 | 46.1 | 30 | 6 | 12 | 9 | 398 | 1,328 |
| MO,W | 2,444 | 641 | 26.2 | 131 | 20.4 | 13 | 16 | 0 | 3 | 124 | 217 |
| NE   | 1,248 | 493 | 39.5 | 85 | 17.2 | 5 | 9 | 0 | 4 | 77 | 93 |
| ND   | 962 | 438 | 45.5 | 72 | 16.4 | 3 | 1 | 0 | 5 | 63 | 79 |
| SD   | 1,188 | 427 | 35.9 | 130 | 30.4 | 6 | 26 | 1 | 8 | 121 | 187 |
| 9TH  | 39,608 | 13,166 | 33.2 | 2,354 | 17.9 | 48 | 81 | 5 | 155 | 2,211 | 3,662 |
| AK   | 471 | 201 | 42.7 | 51 | 25.4 | 0 | 2 | 0 | 3 | 47 | 83 |
| AZ   | 12,941 | 2,634 | 20.4 | 621 | 23.6 | 18 | 12 | 1 | 5 | 596 | 824 |
| CA,N | 1,869 | 1,082 | 57.9 | 185 | 17.1 | 0 | 0 | 0 | 4 | 183 | 363 |
| CA,E | 2,029 | 750 | 37.0 | 49 | 6.5 | 1 | 2 | 0 | 6 | 43 | 58 |
| CA,C | 6,289 | 2,276 | 36.2 | 330 | 14.5 | 19 | 31 | 3 | 33 | 299 | 581 |
| CA,S | 8,839 | 2,954 | 33.4 | 559 | 18.9 | 6 | 16 | 0 | 74 | 512 | 880 |
| HI   | 493 | 270 | 54.8 | 27 | 10.0 | 0 | 0 | 1 | 2 | 26 | 26 |
| ID   | 695 | 216 | 31.1 | 39 | 18.1 | 0 | 5 | 0 | 6 | 34 | 66 |
| MT   | 718 | 294 | 40.9 | 67 | 22.8 | 0 | 7 | 0 | 0 | 61 | 71 |
| NV   | 1,491 | 546 | 36.6 | 71 | 13.0 | 0 | 0 | 0 | 4 | 63 | 87 |
| OR   | 1,492 | 839 | 56.2 | 204 | 24.3 | 2 | 2 | 0 | 5 | 202 | 353 |
| WA,E | 817 | 347 | 42.5 | 60 | 17.3 | 1 | 1 | 0 | 4 | 57 | 107 |
| WA,W | 1,329 | 659 | 49.6 | 74 | 11.2 | 0 | 3 | 0 | 6 | 71 | 125 |
| GUAM | 98 | 77 | 78.6 | 17 | 22.1 | 1 | 0 | 0 | 3 | 17 | 38 |
| NM,I | 37 | 21 | 56.8 | 0 | .0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending September 30, 2022**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations - Felony | Rearrest Violations - Misdemeanor | Rearrest Violations - Other | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10TH | 12,034 | 3,533 | 29.4 | 664 | 18.8 | 15 | 20 | 1 | 82 | 616 | 898 |
| CO | 1,183 | 390 | 33.0 | 56 | 14.4 | 0 | 2 | 0 | 41 | 50 | 77 |
| KS | 1,001 | 385 | 38.5 | 78 | 20.3 | 2 | 0 | 1 | 4 | 74 | 106 |
| NM | 4,670 | 1,043 | 22.3 | 157 | 15.1 | 0 | 0 | 0 | 10 | 153 | 177 |
| OK,N | 1,216 | 377 | 31.0 | 98 | 26.0 | 0 | 0 | 0 | 12 | 86 | 148 |
| OK,E | 706 | 116 | 16.4 | 13 | 11.2 | 0 | 0 | 0 | 2 | 13 | 13 |
| OK,W | 1,455 | 592 | 40.7 | 130 | 22.0 | 4 | 6 | 0 | 7 | 116 | 208 |
| UT | 1,499 | 550 | 36.7 | 123 | 22.4 | 8 | 12 | 0 | 6 | 116 | 159 |
| WY | 304 | 80 | 26.3 | 9 | 11.3 | 1 | 0 | 0 | 0 | 8 | 10 |
| 11TH | 13,835 | 4,965 | 35.9 | 613 | 12.3 | 54 | 39 | 4 | 33 | 542 | 828 |
| AL,N | 966 | 356 | 36.9 | 48 | 13.5 | 1 | 5 | 0 | 9 | 40 | 74 |
| AL,M | 409 | 238 | 58.2 | 38 | 16.0 | 8 | 3 | 0 | 3 | 27 | 47 |
| AL,S | 625 | 203 | 32.5 | 29 | 14.3 | 1 | 5 | 3 | 1 | 27 | 36 |
| FL,N | 725 | 313 | 43.2 | 42 | 13.4 | 5 | 2 | 0 | 1 | 40 | 72 |
| FL,M | 2,974 | 858 | 28.9 | 119 | 13.9 | 9 | 12 | 0 | 0 | 104 | 150 |
| FL,S | 4,058 | 1,416 | 34.9 | 163 | 11.5 | 9 | 3 | 0 | 9 | 157 | 216 |
| GA,N | 2,166 | 842 | 38.9 | 62 | 7.4 | 3 | 6 | 0 | 5 | 53 | 88 |
| GA,M | 1,050 | 394 | 37.5 | 72 | 18.3 | 13 | 2 | 1 | 5 | 60 | 91 |
| GA,S | 862 | 345 | 40.0 | 40 | 11.6 | 5 | 1 | 0 | 0 | 34 | 54 |

NOTE: This table excludes data for the District of Columbia and includes transfers received.